```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN T. BRICKER (State Bar No. 269100)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300
Email:         ggilchrist@kilpatricktownsend.com
                  rbricker@kilpatricktownsend.com
                  gcincone@kilpatricktownsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>           Plaintiff,<br>v.<br>NEVERLAND ONLINE PTY LTD<br>and CSD ENDEAVOURS PTY. LTD.,<br><br>           Defendants. | Case No. 4:19-cv-04178-SBA<br><br>**CERTIFICATE OF SERVICE<br>OF SUMMONS AND COMPLAINT<br>ON DEFENDANT CSD ENDEAVOURS<br>PTY. LTD.** |

The undersigned certifies, under penalty of perjury under the laws of the United States, in conformity with the Hague Service Convention, that the documents listed below have been served on Defendant CSD Endeavours Pty. Ltd. on the 29th day of August, 2019, at the following place:  104, McEwan Road, Heidelberg West, Victoria 3081, Australia, and that service has been completed in a manner authorized by Article 10 of the Hague Service Convention.

**Documents Served**

1. Summons in a Civil Action;

2. Complaint for Trademark Infringement, Unfair Competition, and Dilution (Injunctive Relief Sought) with Jury Trial Demand;

3. First Amended Complaint for Trademark Infringement, Unfair Competition, and Dilution (Injunctive Relief Sought) with Jury Trial Demand;

| | | |
|---|---|---|
| 1 | 4. | Plaintiff Levi Strauss & Co.'s Certification of Interested Entities |
| 2 | | or Persons; |
| 3 | 5. | Notice of Judicial Assignment to Senior U.S. District Judge |
| 4 | | Saundra Brown Armstrong; |
| 5 | 6. | Judge Armstrong's Standing Order – Civil; |
| 6 | 7. | Standing Order for All Judges of the Northern District of |
| 7 | | California; |
| 8 | 8. | United States District Court, Northern District of California, |
| 9 | | ECF Registration Information; |
| 10 | 9. | Notice of Lawsuit and Request to Waive Service of a Summons; |
| 11 | 10. | Waiver of the Service of Summons; |
| 12 | 11. | Notice of Availability of Magistrate Judge to Exercise |
| 13 | | Jurisdiction; |
| 14 | 12. | Order Setting Initial Case Management Conference and ADR |
| 15 | | Deadlines; |
| 16 | 13. | Report on the Filing or Determination of an Action Regarding a |
| 17 | | Patent or Trademark; and |
| 18 | 14. | Case Management Scheduling Order for Reassigned Civil Case. |

Executed on ___10TH SEPT___, 2019, at Melbourne in the State of Victoria

_____
David Kavieri
Process Server

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT [CSD ENDEAVOURS]
Case No. 4:19-cv-04178-SBA

- 2 -