| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | RYAN T. BRICKER (State Bar No. 269100) |
| | GIA L. CINCONE (State Bar No. 141668) |
| 3 | Two Embarcadero Center, Suite 1900 |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: ggilchrist@kilpatricktownsend.com |
| | rbricker@kilpatricktownsend.com |
| 6 | gcincone@kilpatricktownsend.com |
| 7 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. 4:19-cv-04178-SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT NEVERLAND ONLINE PTY LTD** |
| v. | |
| NEVERLAND ONLINE PTY LTD and CSD ENDEAVOURS PTY. LTD., | |
| Defendants. | |

The undersigned certifies, under penalty of perjury under the laws of the United States, in conformity with the Hague Service Convention, that the documents listed below have been served on Defendant Neverland Online Pty Ltd on the 29th day of August, 2019, at the following place: 104, McEwan Road, Heidelberg West, Victoria 3081, Australia, and that service has been completed in a manner authorized by Article 10 of the Hague Service Convention.

**Documents Served**

1. Summons in a Civil Action;

2. Complaint for Trademark Infringement, Unfair Competition, and Dilution (Injunctive Relief Sought) with Jury Trial Demand;

3. First Amended Complaint for Trademark Infringement, Unfair Competition, and Dilution (Injunctive Relief Sought) with Jury Trial Demand;

| | | |
|---|---|---|
| 1 | 4. | Plaintiff Levi Strauss & Co.'s Certification of Interested Entities |
| 2 | | or Persons; |
| 3 | 5. | Notice of Judicial Assignment to Senior U.S. District Judge |
| 4 | | Saundra Brown Armstrong; |
| 5 | 6. | Judge Armstrong's Standing Order – Civil; |
| 6 | 7. | Standing Order for All Judges of the Northern District of |
| 7 | | California; |
| 8 | 8. | United States District Court, Northern District of California, |
| 9 | | ECF Registration Information; |
| 10 | 9. | Notice of Lawsuit and Request to Waive Service of a Summons; |
| 11 | 10. | Waiver of the Service of Summons; |
| 12 | 11. | Notice of Availability of Magistrate Judge to Exercise |
| 13 | | Jurisdiction; |
| 14 | 12. | Order Setting Initial Case Management Conference and ADR |
| 15 | | Deadlines; |
| 16 | 13. | Report on the Filing or Determination of an Action Regarding a |
| 17 | | Patent or Trademark; and |
| 18 | 14. | Case Management Scheduling Order for Reassigned Civil Case. |

Executed on __10TH SEPT__, 2019, at Melbourne in the State of Victoria

David Kavieri
Process Server